IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR MANUEL JIMENEZ | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, et al. | : | 15-695 |

FILED
SEP -8 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>O R D E R</u>

L. FELIPE RESTREPO, J.

AND NOW, this 9 day of September, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
L. FELIPE RESTREPO, J.